UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFRREY ESTES

_____,                    CASE NO.  13-05960 JST_____
                    Plaintiff(s),

            v.                               STIPULATION AND [PROPOSED]
  THE REGENTS OF THE                         ORDER SELECTING ADR PROCESS
  UNIVERSITY OF CALIF.  ,
                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        ☑    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☑    Private ADR (*please identify process and provider*)  parties to select a private

  mediator
_____

The parties agree to hold the ADR session by:
        ☑    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

        ☐    other requested deadline  _____

Dated: 4/30/14_____                          JOHN P. BRISCOE_____
                                              Attorney for Plaintiff

Dated: 4/30/14_____                          DAPHNE ANNEET_____
                                              Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

XX    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  May 9, 2014



IT IS SO ORDERED

Judge Jon S. Tigar

UNITED S_____OC____

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11