1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY R. ESTES, | Case No. 13-CV-05960-JST |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE ADR FOR NINETY DAYS** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND DOES 1-20, INCLUSIVE, | **[The Honorable Judge Jon S. Tigar]** |
| Defendant. | **[Stipulation filed concurrently herewith]** |

IT IS HEREBY ORDERED that the deadline to complete ADR is continued for ninety (90) days, from August 11, 2014 to November 11, 2014.

SO ORDERED.

Dated: July 23, 2014

_____

IT IS SO ORDERED
Judge Jon S. Tigar