UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. ESTES,<br><br>     Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND DOES 1-20, INCLUSIVE,<br><br>     Defendant. | Case No. 13-CV-05960-JST<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON THE REGENT'S MOTION TO TRANSFER VENUE**<br><br>[**The Honorable Judge Jon S. Tigar**]<br><br>[**Stipulation filed concurrently herewith**] |

IT IS HEREBY ORDERED that the Case Management Conference and hearing on The Regents' Motion to Transfer Venue, currently scheduled to take place on August 28, 2014 is continued to September 17, 2014 at 2:00 p.m.

Though the parties reference a motion to transfer venue in the stipulation, no such motion has been filed.

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

CASE NO. 3:13-CV-05960-JST
[PROPOSED] ORDER TO CONTINUE CMC
AND MOTION TO TRANSFER VENUE

1   SO ORDERED.

2   Dated:  July 23, 2014

4                   The 

CASE NO. 3:13-CV-05960-JST
STIPULATION TO CONTINUE CMC AND
HRG ON MTN TO TRANSFER VENUE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES