MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS
Cal. State Bar No. 78706
JOHN P. BRISCOE
Cal. State Bar No. 273690

Attorneys for Plaintiff, JEFFREY R. ESTES

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. ESTES,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No.:  8:14-CV-01948 DOC (RNBx)<br><br>NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL<br><br>Date:    January 26, 2015<br>Time:    8:30 a.m.<br>             Hon. David O. Carter<br>             Courtroom 9D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701<br><br>[Telephonic Appearance Requested] |

NOTICE IS HEREBY GIVEN that, on Monday, January 26, 2014 at 8:30 a.m. before District Judge David O. Carter in Courtroom 9D, Santa Ana, Mayall Hurley P.C., Mark S. Adams, and John P. Briscoe, collectively counsel for Plaintiff Jeffrey R. Estes ("Plaintiff's counsel") will move, and do hereby move, that Plaintiff's counsel be permitted to withdraw and be deemed terminated as counsel for Plaintiff.  This motion is made pursuant to Local Rule 83-2.3.2 and the California Rules of Professional Conduct, and is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Mark S. Adams, and such further evidence as may be presented at the hearing.

/ / /

1
2  DATED:  December 22, 2014             MAYALL HURLEY P.C.
3                              By_____/s/ Mark S. Adams_____
                                         MARK S. ADAMS
4                                        JOHN P. BRISCOE
                                         Attorney for Plaintiff,
5                                        JEFFREY R. ESTES
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am a citizen of the United States and a resident of San Joaquin County. I am over the age of eighteen years and not a party to this action. My business address is 2453 Grand Canal Boulevard, Stockton, California 95207 and is located in the county where the mailing and/or delivery below took place.

On December 22, 2014, I electronically filed the following document:

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing(s) to the following:

> Daphne M. Anneet (danneet@bwslaw.com)
> Burke, Williams & Sorensen, LLP
> 444 South Flower Street, Suite 2400
> Los Angeles, CA  90071-2953

In addition, I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified below, at my place of business at Stockton, California, copies of the document(s) described above were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid addressed to the individuals and/or entities mentioned below; and that envelope was placed for collection and mailing on that date following ordinary business practice.

| | |
|---|---|
| Daphne M. Anneet<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071-2953 | Jeffrey Estes<br>9310 Golf Links Road<br>Oakland, CA 94605 |

/ / /

/ / /

---

**Certificate of Service - 1**
*Estes v. The Regents of the University of California*
Case No. 8:14-CV-01948 DOC (RNBx)

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I further declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on December 22, 2014 at Stockton, California.

*/s/ Lindsay Zoetewey*
LINDSAY ZOETEWEY

**Certificate of Service - 2**
*Estes v. The Regents of the University of California*
Case No. 8:14-CV-01948 DOC (RNBx)