MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS
Cal. State Bar No. 78706
JOHN P. BRISCOE
Cal. State Bar No. 273690

Attorneys for Plaintiff, JEFFREY R. ESTES

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. ESTES,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No.: 8:14-CV-01948 DOC (RNBx)<br><br>DECLARATION OF JOHN P. BRISCOE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |

I, John P. Briscoe, declare,

   I am an attorney authorized to practice before all the courts of this State and this District Court, and am an attorney with Mayall Hurley P.C. and counsel for Plaintiff Jeffrey R. Estes ("Plaintiff"). I have personal knowledge of the matters stated herein and, if called upon to do so, could and would competently testify thereto.

   1.   I hereby verify that Plaintiff's current address is 9310 Golf Links Road, Oakland, CA 94605, and his current telephone number is (510) 562-1103.

   2.   Today, I notified Plaintiff, by way of this declaration and via e-mail and regular mail service to the address above, of the following:

   a.   All future documents in this case will be served or sent to Plaintiff's residential address, above, until changed by appropriate notice or substitution of attorneys.

1  b. The dates currently calendared by this Court are the following:

2      i. **January 27, 2015:** last day to hold Rule 26 conference with opposing counsel

4      ii. **February 3, 2015:** last day to file Rule 26(f) report

5      iii. **February 17, 2015 at 8:30 a.m. in Department 9D:** Scheduling Conference

7  c. Plaintiff may retrieve his case file at any time between 8:00 a.m. and 5:00 p.m., holidays and weekends excluded, at the office of Mayall Hurley P.C., 2453 Grand Canal Blvd., Stockton, CA 95207.

10 d. Plaintiff is expected, if he is to represent himself in this litigation, to comply with the Central District's Local Rules, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure.

13 e. The Court encourages pro se (self-representing) litigants to request a CM/ECF login and password to receive court documents via e-mail. Information regarding this process is available on the District's website, www.cacd.uscourts.gov.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed this twenty-ninth day of December, 2014, at Stockton, California.

                                        /s/ John P. Briscoe
                                        JOHN P. BRISCOE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am a citizen of the United States and a resident of San Joaquin County. I am over the age of eighteen years and not a party to this action. My business address is 2453 Grand Canal Boulevard, Stockton, California 95207 and is located in the county where the mailing and/or delivery below took place.

On December 29, 2014, I electronically filed the following document:

**DECLARATION OF JOHN P. BRISCOE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing(s) to the following:

> Daphne M. Anneet (danneet@bwslaw.com)
> Burke, Williams & Sorensen, LLP
> 444 South Flower Street, Suite 2400
> Los Angeles, CA  90071-2953

In addition, I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified below, at my place of business at Stockton, California, copies of the document(s) described above were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid addressed to the individuals and/or entities mentioned below; and that envelope was placed for collection and mailing on that date following ordinary business practice.

| | |
|---|---|
| Daphne M. Anneet<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071-2953 | Jeffrey Estes<br>9310 Golf Links Road<br>Oakland, CA 94605<br>(E-mail: jefe001@gmail.com) |

/ / /

---

**Certificate of Service - 1**
*Estes v. The Regents of the University of California*
Case No. 8:14-CV-01948 DOC (RNBx)

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I further declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on December 29, 2014 at Stockton, California.

                                         */s/ Lindsay Zoetewey*  
                                         LINDSAY ZOETEWEY

**Certificate of Service - 2**
*Estes v. The Regents of the University of California*
Case No. 8:14-CV-01948 DOC (RNBx)