# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-1948-DOC (RNBx)                 Date: January 27, 2015

Title: JEFFREY R. ESTES V. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                             None Present

---

**PROCEEDINGS (IN CHAMBERS):**     **ORDER CONTINUING SCHEDULING CONFERENCE**

The scheduling conference in this matter is hereby continued from February 17, 2015 to **April 6, 2015, 8:30 a.m.**

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                            Initials of Deputy Clerk: djg
CIVIL-GEN